UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| KAREN E. BERRY, | ) | |
| | ) | |
| Plaintiff, | ) | 2:13-cv-00564-GMN-NJK |
| | ) | |
| vs. | ) | |
| | ) | |
| GREYHOUND LINES, INC., et al., | ) | **ORDER RE: MOTION TO WITHDRAW** |
| | ) | |
| Defendants. | ) | (Docket No. 38) |
| | ) | |

Pending before the Court is Plaintiff's attorney's motion to withdraw. Docket No. 38. Any response shall be filed no later than September 29, 2014. The Court hereby **SETS** a hearing for October 6, 2014, at 2:00 p.m. in Courtroom 3D. Plaintiff and Plaintiff's counsel shall attend the hearing. Any new counsel retained by Plaintiff shall also attend the hearing. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than September 23, 2014, Plaintiff's current counsel of record shall serve Plaintiff with this order that she appear and shall file a proof of service.

IT IS SO ORDERED.

DATED: September 19, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge