UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KAREN E. BERRY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GREYHOUND LINES, INC., et. al.,<br><br>　　　　　　Defendants. | 2:13-cv-00564-GMN-NJK<br><br>NOTICE REGARDING<br>EX PARTE COMMUNICATIONS |

On October 15, 2014, the Court received a telephone call from counsel for Defendant Greyhound Lines, Inc. asking for chambers' fax number in order to send the Court a notice of settlement. Despite chambers' instructions to not send *ex parte* communications to the Court and to file any communications with the Court on the record, Defendant's counsel sent the Court a letter regarding potential settlement on October 16, 2014. Although the letter appears to copy opposing counsel, out of an abundance of caution, the Court hereby attaches the letter that was received from LeAnn Sanders, counsel for Defendant Greyhound Lines, Inc.

Counsel and their staff are prohibited from making *ex parte* communications with the Court. *See, e.g.*, Local Rule 7-6(a). As such, all counsel, along with their staff, shall refrain from calling chambers. The Court further reminds the parties and counsel that they must abide by all local rules and court orders, and that failure to do so may result in severe sanctions. *See, e.g.*, Local Rule IA 4-1.

IT IS SO ORDERED.

DATED: October 20, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

# ALVERSON, TAYLOR, MORTENSEN & SANDERS

| | | | | |
|---|---|---|---|---|
| J. BRUCE ALVERSON | CHELSEA R. HUETH | **LAWYERS** | LUKIAN J. KOBZEFF | OF COUNSEL |
| ERIC TAYLOR | MARI K. SCHAAN | | JARED F. HERLING | JACK C. CHERRY |
| DAVID J. MORTENSEN | KIMBERLEY A. HYSON | LAS VEGAS OFFICE | QUINCY L. JAEGER | |
| LEANN SANDERS | NICOLE D. MURRY | 7401 WEST CHARLESTON BOULEVARD | SHAUN R. MENG | |
| KURT R. BONDS | COURTNEY CHRISTOPHER | LAS VEGAS, NEVADA 89117-1401 | MORGAN HICKEL | |
| NATHAN R. REINMILLER | TAYLOR A. TRUJILLO | (702) 384-7000 FAX (702) 385-7000 | DEAN TANENBAUM | |
| JONATHAN B. OWENS | BRIGETTE E. FOLEY | | | |
| KARIE N. WILSON | MATTHEW PRUITT | RENO OFFICE | | |
| SEETAL TEJURA | SARAH M. DICKEY | 200 S. VIRGINIA, 8TH FLOOR, RENO, NEVADA 89501 | | |
| SHIRLEY BLAZICH | ALIISA N. LEON | Telephone (775) 398-3025 | | |
| SABRINA G. WIBICKI | ADAM R. KNECHT | | | |
| DALTON L. HOOKS, JR. | MARJORIE E. KRATSAS | www.alversontaylor.com | | |

REPLY TO: X Las Vegas Office ___ Reno Office

October 16, 2014

**VIA FACSIMILE – 702-464-5410**

The Honorable Nancy J. Koppe, Magistrate Judge
Lloyd D. George U.S. Courthouse
U.S. District Court
District of Nevada – Las Vegas
333 Las Vegas Blvd. South
Las Vegas, NV 89101

      Re: Greyhound adv. Berry
      Case No.: 2:13-CV-00564-GMN-NJK
      Our File No.: 20378

Dear Judge Koppe:

      The purpose of this correspondence is to notify you that on October 10, 2014, our office received written confirmation through her counsel, Ralph Schwartz, Esq. that Plaintiff Karen Berry was willing to accept our settlement offer in exchange for voluntary dismissal of any and all claims against Greyhound Lines, Inc. Prior to settlement, our office filed a Motion to Compel, which has not been set for a hearing. We have sent settlement documentation to Mr. Schwartz for review and signature, but we have not received anything back and nothing has yet been filed with the Court. Additionally, it is unclear at this time whether Plaintiff still intends on pursuing this claim as to co-Defendant Michelin North America, Inc. As such, we do not yet wish to withdraw our Motion to Compel. However, as a courtesy to the Court we wanted to make you aware of the recent developments.



ALFA International

## ALVERSON, TAYLOR, MORTENSEN & SANDERS

Page Number: 2
Continuing Letter: October 16, 2014

Should you have any questions, please do not hesitate to contact our office.

Very truly yours,

ALVERSON, TAYLOR,
MORTENSEN & SANDERS

*/s/ LeAnn Sanders*

LeAnn Sanders

LS/rc

cc: Ralph A. Schwartz, Esq. (via fax - 702-888-5292)
Joel Henriod, Esq. (via fax - 702-949-8398)
Todd A. Cavanaugh, Esq. (via fax - 213-362-7788)

N:\leann.grp\CASES\20378\letters\court-01 notice of pending settlement.doc

# Fax

| **To:** | The Honorable Nancy J. Koppe, Magistrate Judge | **From:** | Renee Carreau |
|---|---|---|---|
| **Company:** | U.S. District Court, District of Nevada | **Company:** | Alverson, Taylor, Mortensen & Sanders |
| **Fax:** | 702-464-5410 | **Fax:** | 702-385-7000 |
| **Phone:** | | **Phone:** | 702-384-7000 |
| | | **Email:** | RCarreau@AlversonTaylor.com |
| **Pages:** | 3 | **Date:** | 10/16/2014 |

**Notes:**
Please see correspondence from LeAnn Sanders. Please contact our office with any questions or concerns.