1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10

11

12

13

14

15

KAREN E. BERRY,                                   )
                                                  )
                    Plaintiff,                    )          Case No. 2:13-cv-0564-GMN-NJK
                                                  )
vs.                                               )          ORDER GRANTING MOTION
                                                  )          TO COMPEL
GREYHOUND LINES, INC., et al.,                    )
                                                  )          (Docket No. 45)
                    Defendants.                   )
_____)

16

17

18

   Pending before the Court is Defendant Greyhound Lines, Inc.'s motion to compel discovery. Docket No. 45.  Plaintiff's response was due on October 27, 2014.  *Id.*[1]  To date, no response has been filed.  *See* Docket.  Accordingly, the motion may be granted as unopposed.  *See* Local Rule 7-2(d).

19

20

21

   Additionally, the Court has reviewed the motion and finds good cause for granting all portions of the motion except Defendant's request for attorney fees and costs.  *See* Fed.R.Civ.P. 37(a)(5)(A)(iii).  Therefore, the Court exercises its discretion to deny that portion of Defendant's motion.

22

. . . .

23

. . . .

24

. . . .

25

26

27

28

[1]

   The docket provides October 25, 2014 as the response deadline; however, that date fell on a Saturday.  Therefore, the response deadline was in fact the next business day following October 25, 2014, which was Monday, October 27, 2014.

1    Accordingly, for the reasons stated above and good cause shown,

2    Defendant Greyhound Lines, Inc.'s motion to compel discovery, Docket No. 45, is **GRANTED**

3    in part and **DENIED** in part.

4    Plaintiff is hereby **ORDERED** to supplement her discovery responses to Defendant's first set

5    of Requests for Production and first set of Interrogatories, to provide responses to Defendant's third set

6    of Requests for Production, and to provide Defendant completed HIPAA authorizations for the requested

7    facilities, no later than November 14, 2014.

8    Defendant's request for attorney fees and costs is hereby **DENIED**.

9    IT IS SO ORDERED.

10    DATED: October 30, 2014.

11

12

        _____
13    NANCY J. KOPPE
      United States Magistrate Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2